**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DONNA LEMARR-MUNDT | ) | CASE NO. 14-80648 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 57, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

**ORDERED** that notwithstanding any provision of the debtor(s)' Chapter 13 Plan to the contrary, the debtor(s)' Chapter 13 Plan payments shall continue until all allowed claims are paid 100%. The Chapter 13 Plan is hereby deemed amended accordingly.

**ORDERED** that paragraph D3 is hereby amended to delete the "X" in the 2nd box and to include the following provision: "The plan will conclude before the end of the initial term as adjusted by paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan." The Chapter 13 plan is hereby deemed amended accordingly.

ENTER:

Dated: NOV 14 2014

JUDGE THOMAS M. LYNCH

Lydia S. Meyer, Trustee
308 W. State Street
P.O. Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368