IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Donna LeMarr-Mundt

               Debtor

Bankruptcy No. 14-80648
Judge Thomas M. Lynch
Chapter: 13

## NOTICE OF MOTION

TO:    Donna LeMarr-Mundt, 36461 Hawthorne, Ingleside, IL 60041
        Kevin Mundt, 3105 Still Hill Drive, Mchenry, Illinois 60050
        Lydia Meyer, P.O. Box 14127, Rockford, IL 61105
        Joseph J. Cardinal, 3838 West 111th Street, Suite 104, Chicago, IL 60655
        U.S. Trustee's Office, U.S. Trustee's Office, 780 Regent St., Suite 304, Madison, WI 53715

     Please take notice on March 25, 2016 at 9:00 am, I shall appear before the Honorable Thomas M. Lynch, in Courtroom 3100, U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, IL 61101, and present the attached motion at which time you may appear if you wish.

                                            /s/ Rocio Herrera
                                            Rocio Herrera, IL ARDC #6303516

## CERTIFICATE OF SERVICE

I, Rocio Herrera, an attorney certify that I served the attached motion by mailing a copy to the Debtor and Codebtor at the addresses listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on March 18, 2016. The remaining parties were served by the CM/ECF electronic noticing system.

                                            /s/ Rocio Herrera
                                            Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Donna LeMarr-Mundt

          Debtor

Bankruptcy No. 14-80648
Judge Thomas M. Lynch
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY

NOW COMES Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America (hereinafter "Movant"), through its attorney, Rocio Herrera of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated April 24, 2003 on the property located at 3105 Still Hill Drive, Mchenry, Illinois 60050 (hereinafter the, "Property"), in the original amount of $127,800.00. (See Mortgage documents attached hereto as Exhibit "A").

2. The above-captioned Case was filed as chapter 7 case on March 2, 2014 and converted to a Chapter 13 on May 7, 2014.

3. The Debtor's Plan was confirmed on November 14, 2014.

4. Pursuant to Debtor's Bankruptcy Petition and Schedules, the Debtor does not reside at the Property.

5. In addition, pursuant to the Debtor's Confirmed Plan, the Debtor is surrendering the Property.

6. Notwithstanding the surrender of the Property, as of February 10, 2016 the Debtor has failed to maintain post-petition payments thereby accruing a default of 13 payments from February 1, 2015 through February 1, 2016 for a post-petition

arrearage total of $9,291.30 including late fees. A summary of the post-petition arrearage is as follows:

> February 1, 2015 to February 1. 2016, 13 payments at $737.22 each
> Less Suspense: $292.56

7. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

8. The Movant has no adequate protection in that the Debtor is in material default of the terms of the Plan by not making the required payments to the Movant.

9. That should the Debtor wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

10. That Movant is entitled to relief pursuant to 11 U.S.C. 362(d).

11. Debtor's Bankruptcy Petition and Confirmed Plan allege that the Property has been awarded to Kevin Mundt in a previous legal proceeding.

12. Movant is unable to confirm that Kevin Mundt has an interest in the Property, but in an abundance of caution Movant respectfully requests relief from the Codebtor stay.

13. That Movant is entitled to relief from the Codebtor pursuant to 11 U.S.C. §1301(c)(2) as the Debtor's Confirmed Plan does not propose to pay Movant's claim.

14. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

    WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America prays for the entry of an order modifying, annulling or terminating the Automatic Stay and Codebtor Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

                                                    /s/ Rocio Herrera
                                                    Rocio Herrera, ARDC #6303516
                                                    Attorney for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE