UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-80648 |
| Donna LeMarr-Mundt | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND CODEBTOR STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay and codebtor stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 3105 Still Hill Drive, Mchenry, Illinois 60050.

B. That the Codebtor Stay of the above case is hereby modified to allow Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 3105 Still Hill Drive, Mchenry, Illinois 60050.

C. Any proof of claim filed by the creditor with respect to the debt secured by the above-described property is hereby withdrawn.

D. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter: *[signature]*

Honorable Thomas M. Lynch

United States Bankruptcy Judge

Dated: March 25, 2016

**Prepared by:**

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711